```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
```

Kim Weckbacher,                       :

    Plaintiff,                    :

  v.                                  :     Case No. 2:16-cv-1187

                                                      :     JUDGE ALGENON L. MARBLEY
Memorial Health System Marietta            Magistrate Judge Kemp
Memorial Hospital,                    :

    Defendant.                    :

## ORDER

Plaintiff has moved to stay this case pending the filing of related litigation. The unopposed motion sets forth good cause and the motion (Doc. 8) is therefore granted. This case is stayed for 60 days. The Clerk shall vacate the preliminary pretrial conference scheduled for April 4, 2017.

                                        /s/ Terence P. Kemp
                                        United States Magistrate Judge